UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

| | |
|---|---|
| KEYVAN ZANGENEH CHERAQUI #A 245-992-369 | CASE NO. 1:25-cv-768 SEC P |
| -vs- | JUDGE DRELL |
| WARDEN WINN CORRECTIONAL CENTER | MAGISTRATE JUDGE PEREZ-MONTES |

---

## ORDER

Considering the record in this case, the Clerk's dismissal under LR 41.3 is **VACATED**.

Plaintiff is allowed 30 days from this date to refile on proper forms.

THUS DONE AND SIGNED at Alexandria, Louisiana this 27th day of August 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT