**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**KEYVAN ZANGENEH CHERAQUI #A 245-992-369**          **CASE NO.  1:25-CV-00768 SEC P**

**VERSUS**                                                                      **JUDGE DRELL**

**WARDEN WINN CORRECTIONAL CENTER**   **MAGISTRATE JUDGE PEREZ-MONTES**

**MEMORANDUM ORDER**

The application to proceed *in forma pauperis* having been considered, it is the opinion of the Court that petitioner has sufficient funds to pay the filing fee.  Therefore, *in forma pauperis* status is DENIED.

IT IS ORDERED that petitioner pay the $5.00 filing fee within 30 days.  Failure to do so will result in the petition being stricken.

THUS DONE in Chambers on this ___7th___ day of _____October_____, 2025.

Joseph H. L. Perez-Montes
United States Magistrate Judge