a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

KEYVAN ZANGENEH CHERAQUI
#A 245-992-369,
Petitioner

CIVIL DOCKET NO. 1:25-CV-00768
SEC P

VERSUS

JUDGE DRELL

WARDEN WINN CORRECTIONAL
CENTER,
Respondent

MAGISTRATE JUDGE PEREZ-MONTES

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 13) filed by pro se Petitioner Keyvan Zangeneh Cheraqui ("Cheraqui"). Cheraqui is an immigration detainee at the Jackson Parish Correctional Center in Jonesboro, Louisiana. He challenges the constitutionality of his continued detention.

To determine whether Cheraqui may be entitled to relief, the Petition will be SERVED.

## I.   Background

Cheraqui alleges that he has been in post-removal order detention since September 9, 2024. ECF No. 13. He was transferred to New Jersey for deportation on June 3, 2025, but ICE was unable to remove him. Cheraqui alleges that his removal is unlikely to occur in the reasonably foreseeable future.

II.    <u>Law and Analysis</u>

To determine whether Cheraqui is entitled to release, THE CLERK IS DIRECTED to serve a summons, a copy of the Petition (ECF No. 13), and a copy of this Order, by certified mail, on the United States through the United States Attorney for the Western District of Louisiana, the United States Attorney General, DHS/ICE through its Office of General Counsel, and the Warden of Cheraqui's place of confinement.

IT IS ORDERED that Respondents answer the Petition within **60 days** following the date of service, providing the Court with summary judgment evidence indicating whether Petitioner's order of removal is final, whether there is a significant likelihood of removal in the reasonably foreseeable future, and whether Petitioner's detention is otherwise lawful.  This evidence shall include information regarding the legal basis for Petitioner's detention; the length of time that he has been in custody, the date on which his removal order became final, any administrative decisions relating to Petitioner's request for bond, and all documents relevant to the efforts made by the immigration officials to obtain travel documents for Petitioner.

IT IS FURTHER ORDERED that Petitioner shall have **30 days** following the filing of Respondents' answer to produce contradictory summary judgment evidence on the issue of the lawfulness of his detention.

After the record is complete and all delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and

2

necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

SIGNED on Thursday, November 20, 2025.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE