UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

| | |
|---|---|
| **KEYVAN ZANGENEH CHERAQUI #A 245-992-369** | **CASE NO. 25-cv-768 SEC P** |
| -vs- | **JUDGE DRELL** |
| **WARDEN WINN CORRECTIONAL CENTER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 28), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 13) is GRANTED and the Petitioner be RELEASED within five business days.

THUS DONE AND SIGNED at Alexandria, Louisiana this 15th day of March 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT